UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60866-CIV-COHN/Snow

RAUL DEARMAS, III,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on counsel Cindy Andrew's Motion to Appear *Pro Hac Vice* (DE 21). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Cindy Andrew, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Experian** in this cause; Maria Ruiz, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of July, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Paul Herman, Esq. (P)
Jason Kairalla, Esq. (D-General Electric)
Dale Golden, Esq. (D-World Financial)
Matthew Nelles, Esq. (D-Wachovia)
Maria Ruiz, Esq. (D-Experian and Local Counsel for Andrew)
Cindy Andrew, Esq. (D-Experian)
Mark King, Esq. (D-Equifax)
Franklin Cosmen, Jr., Esq. (D-Trans Union)
Gregg Ahrens, Esq. (D-Bank of America)

Ms. Catherine Wade (MIA)
   Executive Service Administrator