IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60866-CIV-COHN/SNOW

RAUL DEARMAS III,

        Plaintiff,

v.

AMERICAN EXPRESS COMPANY; CHASE
BANKCARD SERVICES, INC;
GENERAL ELECTRIC MERCHANT
BANK; WORLD FINANCIAL NETWORK
NATIONAL BANK; WACHOVIA FINANCIAL SERVICES
INC; BANK OF AMERICA CORPORATION; CAPITAL
ONE BANK; EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES LLC;
TRANS UNION LLC;

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Equifax Information Services LLC ("Equifax") hereby notifies the Court that Plaintiff Raul Dearmas III and Defendant Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                              EQUIFAX INFORMATION SERVICES LLC

Dated: August 1, 2007
Miami, FL

                              By:   /s/ Mark R. King
                              Mark R. King (Fla. Bar No. 0085560)
                              markking@mhsolaw.com
                              MILLER, HAMILTON, SNIDER &
                              ODOM, L.L.C.
                              799 Brickell Plaza, Suite 701

Miami, FL 33131
Telephone: (305) 961-2800
Facsimile: (305) 372-0180

Of Counsel:
Michael D. Douglas
mdouglas@kslaw.com
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Equifax Information Services, LLC

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by using the CM/ECF system on August 1, 2007 on all counsel or parties of record on the attached service list.

_____
Mark R. King

4644426

## SERVICE LIST

## Case No. 07-60866-CIV-COHN/SNOW

Joel Adrian Brown
joelb@fblegal.com
Friedman & Brown
3330 NW 53rd Street
Suite 306
Fort Lauderdale, FL 33309
Telephone: (954)966-0111
Facsimile: (954) 986-4777

Paul Aaron Herman
Paulh1956@aol.com
Fair Credit Law Group, PA
20423 State Road 7
Suite F6-477
Boca Raton, FL 33498
Telephone: (561)236-8851
Facsimile: (561) 451-3461

Attorneys for Plaintiff RAUL DEARMAS III

This 1 day of August, 2007.

/s/ Mark R. King

4644426