UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60866-CIV-COHN/SELTZER

RAUL DEARMAS III,

      Plaintiff,

v.

AMERICAN EXPRESS COMPANY;
CHASE BANKCARD SERVICES,
INC.; GENERAL ELECTRIC MERCHANT
BANK; WORLD FINANCIAL NETWORK
NATIONAL BANK; WACHOVIA FINANCIAL
SERVICES, INC.; BANK OF AMERICA
CORPORATION; CAPITAL ONE BANK;
EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES,
LLC; and TRANS UNION, LLC,

      Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Raul Dearmas' Application to

Clerk for Entry of Default Against Defendant Chase Bankcard Services, Inc. [DE 53].  In

this filing, Plaintiff requests both that the Clerk of Court enter default against Defendant

Chase Bankcard Services and that the Court enter default judgment in Plaintiff's favor

"on the requests made in [his] complaint."  The Clerk of Court has now entered default

against Defendant Chase Bankcard Services, and the Court has determined that

Plaintiff is entitled to default judgment against this Defendant.  However, the Complaint

in this matter does not specify the amount of damages sought against Chase or the

precise injunctive or declaratory relief sought for the purpose of correcting the

information in Plaintiff's credit reports and files.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff is directed to file a more detailed Motion for Default Judgment, specifying precisely what relief is sought against Defendant Chase Bankcard Services, so that the Court will be fully informed when determining the appropriate default judgment against this Defendant.  **This Motion shall be filed on or before December 10, 2007.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13th day of November, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record